# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| Videl Vicario Flores, | |
| Plaintiff, | Civil Action No. 1:16-cv-04669-ELR |
| vs. | |
| Creative Stone, Inc. and Dimitri S. Kellner, | |
| Defendants. | |

## Voluntary Dismissal

Plaintiff Videl Vicario Flores, through the undersigned counsel, hereby dismisses the above styled case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) having received the approval of all parties who have appeared. Each party shall bear their own fees and costs.

Respectfully submitted,

DELONG, CALDWELL, BRIDGERS,
FITZPATRICK & BENJAMIN, LLC

| | |
|---|---|
| 3100 Centennial Tower | */s/ Charles R. Bridgers* |
| 101 Marietta Street | Charles R. Bridgers |
| Atlanta, GA 30303 | Georgia Bar No. 080791 |
| Telephone: (404) 979-3171 | Kevin D. Fitzpatrick, Jr. |
| Facsimile: (404) 835-6168 | Georgia Bar No. 262375 |
| charlesbridgers@dcbflegal.com | |

-1-

kevin.fitzpatrick@dcbflegal.com           *Counsel for Plaintiff*

So Agreed:

**STOUT KAISER MATTESON PEAKE & HENDRICK, LLC**

<u>s/ Joseph C. Peake, III</u>
Joseph C. Peake, III
Georgia Bar No. 568795
Andrew C. Matteson
Georgia Bar No. 477140

1117 Perimeter Center West, Suite W400
Atlanta, GA 30338
(770) 349-8219 Telephone Direct
(770) 349-8210 Facsimile
jpeake@stoutkaiser.com
amatteson@stoutkaiser.com
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Videl Vicario Flores, | |
| Plaintiff, | Civil Action No. 1:16-cv-04669-ELR |
| vs. | |
| Creative Stone, Inc. and Dimitri S. Kellner, | |
| Defendants. | |

---

### Certificate of Service

I hereby certify that on this day I electronically filed the foregoing document via the Court's CM/ECF system, which will automatically send email notification to all counsel of record.

Dated: May 10, 2017

/s/ Charles R. Bridgers
Charles R. Bridgers
Georgia Bar No. 080791